175 A.3d 159

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
VERNON K. JOHNSON, DEFENDANT–PETITIONER.

C–254 September Term 2017
079791

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001106–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 159

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. R.M., DEFENDANT–PETITIONER.

C–247 September Term 2017
079296

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005596–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.